**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MELONIE HARRIS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Case No. CIV-04-978-R** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner, Social Security** | ) |
| **Administration,** | ) |
| | ) |
|     **Defendant.** | ) |

## O R D E R

This matter is before the Court for review of the Findings and Recommendation entered by United States Magistrate Judge Shon T. Erwin on September 26, 2005, which found that the decision of the Commissioner of the Social Security Administration to deny the Plaintiff's application for disability insurance benefits was not supported by substantial evidence, and recommended that the decision be reversed. The Findings and Recommendation also advised the parties of their right to object thereto within twenty days, or by October 17, 2005, and further advised the parties that a failure to file a timely objection would waive their right to appellate review.

The court's electronic files reflect that the parties have neither filed objections nor sought an extension of time to do so within the requisite time period. Accordingly, the Findings and Recommendation is hereby ADOPTED in full. The decision of the Commissioner to deny benefits

is hereby REVERSED AND REMANDED to the Commissioner for further administrative proceedings.

**IT IS SO ORDERED this 2nd day of November, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE